

**FILED**
FEB 0 1 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the Northern District of Illinois.

---

**Plaintiff(s):** Federal Trade Commission

County of Residence:

Plaintiff's Atty:
Steven M. Wernikoff
Federal Trade Commission
55 E. Monroe St., #1860,
Chicago, IL 60603
(312) 960-5630

**Defendant(s):** Sobonito Investments Ltd

County of Residence: Cyprus

Defendant's Atty:
Danny E. Adams
Kelley, Drye & Warren LLP
800 Towers Crescent Dr.,
Suite 1200, Vienna, Virginia
22182
(703) 918-2300

---

**II. Basis of Jurisdiction:** 1. U.S. Gov't Plaintiff

**III. Citizenship of Principal Parties** (Diversity Cases Only)
Plaintiff:- N/A
Defendant:- N/A

**05C   580**

**JUDGE ZAGEL**

**IV. Origin :** 1. Original Proceeding

**MAGISTRATE SIDNEY I. SCHENKIER**

**V. Nature of Suit:** 890 Other Statutory Actions

**VI. Cause of Action:** Action brought under Section 13(b) the Federal Trade Commission Act for alleged violations of Section 5 of the Federal Trade Commission Act.

**VII. Requested in Complaint**
Class Action: No
Dollar Demand:
Jury Demand: No

VIII. This case **IS NOT** a refiling of a previously dismissed case.

---

**Signature:** _____

**Date:** Feb 1, 2005

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once