# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 C 580 | DATE | 2/1/2005 |
| CASE TITLE | FEDERAL TRADE COMMISSION vs. SOBONITO INVESTMENTS LTD. | | |

**DOCKET ENTRY TEXT:**

Enter stipulated final judgment and order for permanent injunction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|